# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES — GENERAL

Case No. __CV 97-5833 JSL__  Date __12/1/00__

Title __Gonzalez v MTA, et al.__

**DOCKET ENTRY**

PRESENT:
HON. __J. SPENCER LETTS__, JUDGE

__Nancy J. Webb__  __Terry Kramer, not present__
Deputy Clerk  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:  ATTORNEYS PRESENT FOR DEFENDANTS:

NOT PRESENT  NOT PRESENT

PROCEEDINGS:  ORDER (In Chambers)

ON THE COURT'S OWN MOTION, __Defendant's Motion to Dismiss__

presently set on the Court's calendar __12/4/00__

is taken off calendar:

__✓__ GRANTED without hearing.  __✓__ separate order to follow.

____ DENIED without hearing.  ____ separate order to follow.

____ OTHER: _____

cc: counsel of record

ENTERED ON ICMS
DEC - 4 2000
CV

Initials of Deputy Clerk __N__

MINUTES FORM 11
CIVIL—GEN  D — M