SEND
FILED
CLERK, U.S. DISTRICT COURT
DEC 1 – 2000
DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S. DENISE GONZALEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>METROPOLITAN TRANSPORTATION AUTHORITY, et al.,<br><br>    Defendants. | CV 97-5833 JSL<br><br>ORDER GRANTING DEFENDANTS' MOTION TO DISMISS |

The motion to dismiss of defendants, METROPOLITAN TRANSPORTATION AUTHORITY, et al., was decided without hearing on November 30, 2000.

Having reviewed the papers filed in connection with this matter and being fully apprised of the relevant facts and law,

IT IS HEREBY ORDERED that the motion to dismiss of defendant METROPOLITAN TRANSPORTATION AUTHORITY, et al., be GRANTED. As to the issues raised, the court finds no claim upon which relief can be granted. Plaintiff's first cause of action does not constitute a cause of action pursuant to Title VII because the complaint does not allege facts indicating discrimination by defendant against plaintiff because of plaintiff's religion. Plaintiff's second cause of action

ENTERED ON ICMS
DEC -4 2000
CV

1 | does not constitute a cause of action pursuant to the Americans with
2 | Disabilities Act because the court finds that the complaint does not
3 | allege that plaintiff has a physical or mental impairment which
4 | substantially limits a major life activity, a record of such an
5 | impairment, or the status of being regarded as having such an
6 | impairment.  Consequently, plaintiff's third cause of action for
7 | intentional infliction of emotional distress can not stand.
8 |     IT IS SO ORDERED.

DATED: 12/1/00

_____
U. Spencer Letts
United States District Judge